UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Myron Lamarr Duncan-Plunkett, 51122-039,

        Petitioner,　　　　　　　　　　Case No.  25-10794

v.　　　　　　　　　　　　　　　　　　Judge Thomas L. Ludington

Rardin,　　　　　　　　　　　　　　　Magistrate Judge Patricia T. Morris

        Respondent(s).
_____/

### ORDER AMENDING CAPTION

The Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254.  The proper Respondent for a habeas petition filed pursuant to 28 U.S.C. § 2254 is the state officer having custody of the Petitioner.  *See* Rule 2, Rules Governing Section 2254 Cases.  Petitioner is incarcerated at:

      FCI Milan
      Federal Correction Institution
      P.O. Box 1000
      Milan, MI 48160
      WASHTENAW COUNTY

The Warden of that facility is  Eric Rardin  .

Accordingly, the Court hereby **ORDERS** the case caption be amended to read as follows:

"Myron Lamarr Duncan-Plunkett v. Eric Rardin."


Date:  March 25, 2025　　　　　　　　　　s/David R. Grand
　　　　　　　　　　　　　　　　　　　　David R. Grand
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

### Certificate of Service

I hereby certify that a copy of the foregoing document was served upon Petitioner on the date indicated below by first class mail.

Date:  March 25, 2025　　　　　　　　　　s/M. Sylvester
　　　　　　　　　　　　　　　　　　　　Deputy Clerk