UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Myron Lamarr Duncan-Plunkett, 51122-039,

        Petitioner,                        Case No.   25-10794

v.                                              Judge   Thomas L. Ludington

Eric Rardin,                               Magistrate Judge   Patricia T. Morris

        Respondent(s).
_____/

**ORDER REQUIRING RESPONSIVE PLEADING**

        The petition for writ of habeas corpus having been reviewed and it appearing that the petition is not subject to summary dismissal upon initial review;

        **IT IS ORDERED** that a responsive pleading be filed in this matter on or before  June 25, 2025  . Petitioner shall have forty-five (45) days from the date of the responsive pleading to file a reply.

        **IT IS FURTHER ORDERED** that the Clerk of the Court serve a copy of this Order on the Respondent(s) by first class mail as provided in Rule 4, and also provide a copy to the United States Attorney for the Eastern District of Michigan.

Date:  March 25, 2025                                      s/David R. Grand
                                                                       David R. Grand
                                                                       United States Magistrate Judge

---

**Certificate of Service**

        I certify that, on the date indicated below, I arranged for service as provided above, and I mailed a copy of this Order to Petitioner.

Date:  March 25, 2025                                      s/M. Sylvester
                                                                       Deputy Clerk