# UNITED STATES DISTRICT COURT
для the
Eastern District of Michigan

MYRON LAMARR DUNCAN-PLUNKETT

*Petitioner*

v.

WARDEN RARDIN

*Respondent*
*(name of warden or authorized person having custody of petitioner)*

Case: 1:25-cv-10794
Assigned To : Ludington, Thomas L.
Referral Judge: Morris, Patricia T.
Assign. Date : 3/21/2025
Description: HC
DUNCAN-PLUNKETT v RARDIN (JP)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: MYRON LAMARR DUNCAN-PLUNKETT
   (b) Other names you have used: N/A
2. Place of confinement:
   (a) Name of institution: FCI MILAN
   (b) Address: FEDERAL CORRECTIONAL INSTITUTION P.O BOX 1000 MILAN MI 48160
   (c) Your identification number: 51122-039
3. Are you currently being held on orders by:
   ☑ Federal authorities  ☐ State authorities  ☐ Other - explain:
   FEDERAL AUTHORITIES
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: U.S DISTRICT COURT, EASTERN DISTRICT, SOUTHERN DIVISION, DETROIT, MI 48226
   (b) Docket number of criminal case: 2:15CR20317(18
   (c) Date of sentencing: 01/30/2017
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☑ Other *(explain)*: I was removed from home confinement as a result of respondent misinterpretation 18 U.S.C 3632 (D) causing me the lost of FSA good time credits and my ability to continue earning them.

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Residential Re-entry Management (RRM) 8333 Townsend St, Detroit MI 48213
   (b) Docket number, case number, or opinion number: 15-20442-2
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   Mr. Matt Cole, whom works at the RRM told me that I had to go back to prison because a code was updated within my offense that made me ineligible for FSA. I wasnt provided proper notice or hearing. After being in RRM for 5 months then sent to home confinement for 2 months, I maintained a full time job, (continued on seperate pg)
   (d) Date of the decision or action: 03/06/2025

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☑ Yes        ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: 

       (2) Date of filing:
       (3) Docket number, case number, or opinion number:
       (4) Result:
       (5) Date of result:
       (6) Issues raised: I filed an administrative remedy, but was not able to resolve




   (b) If you answered "No," explain why you did not appeal:


8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes        ☐ No

6. (C) Page 3 of 9

Mr. Matt Cole, whom works at the Residential Re-entry Management (RRM) advised me that I had to return back to prison because a code was updated within my offense that made me ineligible for FSA. I was not provided proper notice or hearing. After being in the Residential Re-entry Management (RRM) for 5 months then sent to home confinement for 2 months, within that time I maintained a full-time job, obtained my CDL Class A permit in which I was a part of the MI Works program where they financially assist felons to go to school. My CDL school began March 10, 2025. I have never had any dirty UA's nor any shots upon being released on July 24, 2024.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

 (a) If "Yes," provide:
  (1) Name of the authority, agency, or court: _____
  (2) Date of filing: _____
  (3) Docket number, case number, or opinion number: _____
  (4) Result: _____
  (5) Date of result: _____
  (6) Issues raised: _____

 (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes    ☐ No
 (a) If "Yes," provide:
  (1) Name of the authority, agency, or court: _____
  (2) Date of filing: _____
  (3) Docket number, case number, or opinion number: _____
  (4) Result: _____
  (5) Date of result: _____
  (6) Issues raised: _____

 (b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**
In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes    ☒ No
If "Yes," answer the following:
 (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
  ☐ Yes    ☒ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes  ☒ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?
☐ Yes  ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes  ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

_____
_____
_____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes           ☐ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____
_____
_____

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes           ☑ No
If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

_____
_____
_____

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** I was removed from home confinement and returned to prison as a result of respondent misinterpretation of the law.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I was removed from home confinement causing me the lost of FSA good time credits and my ability to continue earning them. Respondents misinterpreted 21 USC 841 (b)(1) Aiding and Abetting cocaine as disqualifying under 18 USC 3632(D). In order for 18 USC 3632(D) to be disqualifying, an injury or death would have had to occur which that was not the case in this matter.

(b) Did you present Ground One in all appeals that were available to you?
❏ Yes            ❏ No

**GROUND TWO:** My due process of the 14th amendment was violated when I was removed from home confinement without being provided written notice or an opportunity to be heard before a BOP hearing officer.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I was released to the halfway house then to home confinement under the First Step Act after acquiring the appropriate time credits to qualify. I was in the community a litter over 7 months without a single incident occuring. I also maintained a fulltime job with good status and obtained my CDL Class A permit, and was about to start school March 10, 2025.

(b) Did you present Ground Two in all appeals that were available to you?
❏ Yes            ❏ No

**GROUND THREE:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
❏ Yes            ❏ No

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes    ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

## Request for Relief

15. State exactly what you want the court to do: I would like the court to grant me immediate consideration because of the irreparable harm and depression brought upon myself as well as my loved ones since this has taken place, not to mention losing my job. I would also like the court to order immediate return to home confinement and any other relief the courts deem as just and fair. Thank you

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

3/21/2025

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:     03/21/2025

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any