United States District Court
Eastern District of Michigan

Myron Lamarr Duncan-Plunkett,

    Petitioner,　　　　　　　　　　　Case No. 25-cv-10794

v.

Eric Rardin, Warden,

    Respondent.

---

### NOTICE OF ADDITION OF ASSISTANT U.S. ATTORNEY

**To: Attorney Admission Clerk and All Other Parties**

Please take notice of the following addition of an Assistant U.S. Attorney for the above captioned case:

Add the following AUSA:

Name:　　　Meghan Bean

Telephone:　(313) 226-0214

Email:　　　Meghan.Bean@usdoj.gov

                                *s/Meghan Bean*
                                Meghan Bean
                                Assistant United States Attorney
                                211 West Fort Street
                                Detroit, MI 48226
                                (313) 226-0214
                                Meghan.Bean@usdoj.gov

Dated: March 25, 2025