# EXHIBIT A

```
NCRBO  535.03 *                INMATE PROFILE              *      04-14-2025
PAGE 001                                                                 15:16:30
              51122-039             REG
REGNO: 51122-039                     FUNCTION: PRT    DOB/AGE.:     -1991 / 33
NAME.: DUNCAN-PLUNKETT, MYRON LAMARR                R/S/ETH.: B/M/O    WALSH: NO
RSP..: CDT-DETROIT CCM                              MILEAGE.: 46 MILES
PHONE:        -9048       FAX:        -7671
 PROJ REL METHOD: FIRST STEP ACT RELEASE      FBI NO..:
 PROJ REL DATE..: 04-04-2026                  INS NO..: N/A
 HOME DETN ELIG.: 10-04-2025                  SSN.....: 368134537
 FSA COND REL DT: 04-04-2026    PSYCH: NO     DETAINER: NO        CMC..: YES
OFFN/CHG RMKS: ATTMPT PWITD COC..A&A.,CTPWITD CONT SUB.120M/15M CC 4Y SR
OFFN/CHG RMKS: DKT#15-20442-2, DKT#0645 2:15:CR20317 (18)
     FACL CATEGORY    - - - - - CURRENT ASSIGNMENT - - - - -   EFF DATE   TIME
     CDT  ADM-REL     A-HC SENT  HOME CONFINEMENT-SENTENCED    03-28-2025 1043
     CDT  CARE LEVEL  CARE1      HEALTHY OR SIMPLE CHRONIC CARE 10-09-2018 0901
     CDT  CARE LEVEL  CARE1-MH   CARE1-MENTAL HEALTH           06-05-2018 1018
     CDT  CASE MGT    BIR CERT Y BIRTH CERTIFICATE - YES       01-31-2024 1117
     CDT  CASE MGT    CV-HC DENY COVID HOME CONFINEMENT DENIAL 12-22-2021 1428
     CDT  CASE MGT    DEPEND N   DEPENDENTS UNDER 21 - NO      06-19-2018 0820
     CDT  CASE MGT    DRVE LIC N DRIVERS LICENSE - NO          08-10-2023 1012
     CDT  CASE MGT    PHOTO ID Y PHOTO ID - YES                02-15-2022 0826
     CDT  CASE MGT    RELID NEED RELEASE ID NEEDED             01-16-2024 1145
     CDT  CASE MGT    RPP PART   RELEASE PREP PGM PARTICIPATES 07-15-2019 1043
     CDT  CASE MGT    RPP UNT C  RELEASE PREP UNIT PGM COMPLETE 06-18-2018 1736
     CDT  CASE MGT    SSN CARD Y SOCIAL SECURITY CARD - YES    01-31-2024 1117
     CDT  CASE MGT    VET P/S N  PARENT/SPOUSE VETERAN - NO    06-19-2018 0821
     CDT  CASE MGT    VETERAN N  VETERAN - NO                  06-19-2018 0821
     CDT  CASE MGT    V94 CDA913 V94 CURR DRG TRAF ON/AFT 91394 06-18-2018 1740
     CDT  CASE MGT    WA NO HIST NO WALSH ACT OFFENSE HISTORY  04-04-2018 1017
     CDT  CMC         SEPARATION SEPARATION                    03-22-2017 1442
     CDT  COMM CORR   AFTR ALCH  ALCOHOL AFTERCARE CONDITION   07-24-2024 1410
     CDT  COMM CORR   AFTR DRUG  DRUG AFTERCARE CONDITION      07-24-2024 1410
     CDT  COMM CORR   INST TRANS INSTITUTION TRANSFER          07-24-2024 1410
     CDT  COM TX SVC  MAT DECL   MAT DECLINE IN COMMUNITY      07-29-2024 0852
     CDT  COM TX SVC  MH NR      MENT HLTH TX NOT REFERRED     07-19-2024 0739
     CDT  COM TX SVC  SU DECL    SUB USE TX DECLINED           08-07-2024 0938
     CDT  CUSTODY     COM        COMMUNITY CUSTODY             03-28-2025 0735
     CDT  DRUG PGMS   DAP QUAL R RES DRUG TRMT QUAL REMOVED    05-25-2023 0936
     CDT  DRUG PGMS   INELIGIBLE 18 USC 3621 RELEASE INELIGIBLE 05-15-2023 1441
     CDT  DRUG PGMS   MAT DECL   MED ASSIST TRMT DECLINE       04-08-2024 1235
     CDT  DRUG PGMS   NR COMP    NRES DRUG TMT/COMPLETE        01-29-2019 1445
     CDT  DESIG/SENT  FMIE PART  FMIE-PARTIAL COMPLY W/JUD REC 04-05-2018 1055
     CDT  DESIG/SENT  ROMEO      TEAM ROMEO                    04-04-2018 1017
     CDT  EDUC INFO   ESL HAS    ENGLISH PROFICIENT            06-07-2018 0805
     CDT  EDUC INFO   GED HAS    COMPLETED GED OR HS DIPLOMA   06-07-2018 0805
     CDT  FIN RESP    COMPLT     FINANC RESP-COMPLETED         06-09-2020 1252
     CDT  FIRST STEP  AWARD      EBRR INCENTIVE AWARD          01-31-2024 1107
     CDT  FIRST STEP  FTC ELIG   FTC-ELIGIBLE - REVIEWED       11-17-2019 0907
     CDT  FIRST STEP  N-ANGER N  NEED - ANGER/HOSTILITY NO     03-25-2025 1510
     CDT  FIRST STEP  N-ANTISO N NEED - ANTISOCIAL PEERS NO    03-25-2025 1510
     CDT  FIRST STEP  N-COGNTV N NEED - COGNITIONS NO          03-25-2025 1510
     CDT  FIRST STEP  N-DYSLEX N NEED - DYSLEXIA NO            05-30-2021 1555

G0002        MORE PAGES TO FOLLOW . . .
```

```
NCRBO   535.03 *              INMATE PROFILE           *     04-14-2025
PAGE 002 OF 002                                              15:16:30
             51122-039             REG
REGNO: 51122-039               FUNCTION: PRT DOB/AGE.: 08-13-1991 / 33
NAME.: DUNCAN-PLUNKETT, MYRON LAMARR         R/S/ETH.: B/M/O    WALSH: NO
RSP..: CDT-DETROIT CCM                       MILEAGE.: 46 MILES
PHONE: 734-508-9048       FAX: 734-439-7671
     FACL CATEGORY    - - - - CURRENT ASSIGNMENT - - - - - EFF DATE   TIME
     CDT  FIRST STEP N-EDUC N   NEED - EDUCATION NO         03-25-2025 1510
     CDT  FIRST STEP N-FIN PV N NEED - FINANCE/POVERTY NO   03-25-2025 1510
     CDT  FIRST STEP N-FM/PAR N NEED - FAMILY/PARENTING NO  03-25-2025 1510
     CDT  FIRST STEP N-M HLTH N NEED - MENTAL HEALTH NO     03-25-2025 1510
     CDT  FIRST STEP N-MEDICL N NEED - MEDICAL NO           03-25-2025 1510
     CDT  FIRST STEP N-RLF N    NEED - REC/LEISURE/FITNESS NO 03-25-2025 1510
     CDT  FIRST STEP N-SUB AB N NEED - SUBSTANCE ABUSE NO   03-25-2025 1510
     CDT  FIRST STEP N-TRAUMA N NEED - TRAUMA NO            03-25-2025 1510
     CDT  FIRST STEP N-WORK N   NEED - WORK NO              03-25-2025 1510
     CDT  FIRST STEP R-LW       LOW RISK RECIDIVISM LEVEL   03-25-2025 1510
     CDT  LEVEL      MINIMUM    SECURITY CLASSIFICAT'N MINIMUM 03-10-2025 0917
     CDT  LOCATION   2CA HC     HOME CONFINEMENT FOR 2CA   03-28-2025 1043
     CDT  MED DY ST  C19-T NEG  COVID-19 TEST-RESULTS NEGATIVE 01-24-2022 1001
     CDT  MED DY ST  NO PAPER   NO PAPER MEDICAL RECORD     01-25-2022 1159
     CDT  MED DY ST  REG DUTY   NO MEDICAL RESTR--REGULAR DUTY 06-18-2018 1525
     CDT  MED DY ST  YES F/S    CLEARED FOR FOOD SERVICE    06-18-2018 1525
     CDT  PT OTHER   ANG M WAIT ANGER MANAGEMENT CBT WAIT   02-14-2022 0834
     CDT  RELIGION   NO PREFER  NO PREFERENCE               06-06-2018 1236
     CDT  WASPB      GR BCSW    GR BASIC COGNITIVE SKILLS WAIT 02-14-2022 0832




     G0000         TRANSACTION SUCCESSFULLY COMPLETED
```