UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MYRON LAMARR
DUNCAN-PLUNKETT,

        Petitioner,        Case No. 1:25-cv-10794

v.        Honorable Thomas L. Ludington
        United States District Judge

ERIC RARDIN,

        Respondent.
_____/

**JUDGMENT**

In accordance with the Opinion & Order issued today:

It is **ORDERED** that Respondent's Motion to Dismiss, ECF No. 5, is **GRANTED**.

Further, it is **ORDERED** that Petitioner's Petition for a Writ of Habeas Corpus, ECF No. 1, is **DISMISSED AS MOOT**.

**This is a final order and closes the above-captioned case**.

Dated: June 30, 2025        s/Thomas L. Ludington
        THOMAS L. LUDINGTON
        United States District Judge