UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MYRON LAMARR
DUNCAN-PLUNKETT,

          Petitioner,        Case No. 1:25-cv-10794

v.                                 Honorable Thomas L. Ludington
                                   United States District Judge

ERIC RARDIN,

          Respondent.
_____/

## JUDGMENT

In accordance with the Opinion & Order issued today:

It is **ORDERED** that Respondent's Motion to Dismiss, ECF No. 5, is **GRANTED**.

Further, it is **ORDERED** that Petitioner's Petition for a Writ of Habeas Corpus, ECF No. 1, is **DISMISSED AS MOOT**.

This is a final order and closes the above-captioned case.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MYRON LAMARR DUNCAN-PLUNKETT,

            Petitioner,            Case No. 1:25-cv-10794

v.                                        Honorable Thomas L. Ludington
                                              United States District Judge
ERIC RARDIN,

           Respondent.
_____/

**OPINION AND ORDER GRANTING RESPONDENT'S MOTION TO DISMISS AND DISMISSING HABEAS PETITION AS MOOT**

While confined at FCI Milan in Michigan, Petitioner Myron Lamarr Duncan-Plunkett filed a *pro se* Petition for a Writ of Habeas Corpus seeking his transfer to home confinement. After he filed his Petition, Petitioner was transferred to home confinement. So Respondent filed a Motion to Dismiss the Petition as moot. As explained below, Respondent's Motion will be granted, and Petitioner's Petition will be dismissed.

**I.**

In 2016 and 2017, Petitioner was convicted of drug-related offenses in two separate cases in the Eastern District of Michigan. In the first case, Judge Gerald Rosen sentenced Petitioner to ten years in prison. *See United States v. Kemp, et al.*, Case No. 15-20442 (E.D. Mich. Jan. 30, 2017). In the second case, Judge Avern Cohn sentenced Petitioner to 15 months of imprisonment, to be served concurrent with his prior ten-year sentence. *See United States v. Burnett et al.*, Case No. 15-20317 (E.D. Mich. Mar. 30, 2018). Petitioner is currently serving these sentences while confined at FCI Milan in Michigan. *See* ECF No. 1 at PageID.1.